No. 1273, Misc.  BEAR v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Joe Cannon* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 1283, Misc.  KORDIC ET UX. v. ESPERDY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir.  Certiorari denied.  *Leon B. Polsky* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for respondent.

No. 1288, Misc.  HOLLOWAY v. REINCKE, WARDEN. C. A. 2d Cir.  Certiorari denied.  *Alan Miles Ruben* for petitioner.  *John D. LaBelle* for respondent.

No. 1347, Misc.  TORRES v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 1350, Misc.  BAKER v. RUSSELL, WARDEN.  Sup. Ct. Tenn.  Certiorari denied.

No. 1383, Misc.  BRETT v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied. *Edith Lowenstein* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

No. 1401, Misc.  JACKSON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Murray M. Segal* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.